IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GASBARRE PRODUCTS, INC., | ) | CIVIL ACTION NO. 3:16-53 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| DIAMOND AUTOMOTIVE GROUP FLORIDA, INC. and INDUSTRIAL DE AUTOPARTES PARRAL S. DE R. L. DE C.V., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 4th day of May, 2016, Defendant Diamond Automotive Group Florida, Inc. having filed a motion to dismiss Plaintiff's complaint for lack of jurisdiction and for failure to state a claim upon which relief can be granted (ECF No. 8), and the parties having participated in an Initial Rule 16 Scheduling Conference (*see* ECF No. 25), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's oral request for a sixty-day discovery period regarding the issue of jurisdiction is **GRANTED**.

2. The parties shall complete discovery regarding the issue of jurisdiction by July 3, 2016.

3. In the event that disputes arise during this period of limited discovery, responses to motions regarding discovery disputes shall be filed within five days.

4. Following the sixty-day discovery period, any supplemental briefing regarding the issue of jurisdiction shall be simultaneously filed on July 25, 2016, at 6:00 p.m., Eastern Standard Time.

BY THE COURT:

*[signature]*

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**